Case: 1:26-cv-07265 Document #: 24 Filed: 08/10/26 Page 2 of 2 PageID #:241

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-07265

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* HanXinRui store2023 and all other Defendants identified was received by me on *(date)* 08/10/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: On August 13, 2026, I sent an email to each email address provided by the third party for the Defendants listed on Schedule B, attaching the Summons, Complaint, and the Court's Order authorizing electronic service.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/13/2026

Jianxu Lam.
*Server's signature*

Jianxu Lam
*Printed name and title*

______
*Server's address*

Additional information regarding attempted service, etc: