**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Hanmin Lin,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-07265

Honorable Charles P. Kocoras

**PLAINTIFF'S RESPONSE TO AMAZON'S MOTION TO STAY AND MOTION TO TERMINATE TURNOVER OBLIGATIONS**

Plaintiff Hanmin Lin respectfully moves to terminate Amazon.com, Inc.'s outstanding obligations to deduct or transfer funds to Plaintiff under Orders [17], [19], [27], [33], and Judgment Order [39], to the extent those Orders impose such obligations, and to deny Amazon's motion to stay [Dkt. 50] as moot. In support, Plaintiff states:

1. Amazon seeks a temporary stay of transfers under Orders [17], [19], [27], and [33] pending proceedings in NextClimb Investments, LLC, No. 26-cv-05593.

2. Plaintiff filed a Satisfaction of Judgment as to the Defendants identified therein [Dkt. 40] and dismissed all remaining Defendants [Dkt. 45]. Counsel provided Amazon with the Satisfaction on September 30, 2026, and the dismissal notice on October 1, Central Time, advising that Plaintiff no longer sought enforcement of Orders [17], [19], [27], and [39]. These communications preceded Amazon's October 2 motion. Ex. A.

3. On October 3, 2026, after the motion was filed, counsel sent a clarification confirming Plaintiff's unconditional and irrevocable waiver of further payment or turnover from Amazon

under Orders [17], [19], [27], [33], and [39]. The clarification expressly included Order [33], unintentionally omitted from the October 1 email. Ex. B.

4. Plaintiff unconditionally and irrevocably waives all rights to additional payment or turnover from Amazon under those five Orders. Plaintiff will not seek enforcement, contempt, damages, or other relief against Amazon based on its failure to make additional deductions or transfers under them.

5. To implement this unconditional and irrevocable waiver, Plaintiff requests modification of the foregoing Orders solely to terminate Amazon's outstanding deduction and transfer obligations to Plaintiff.

6. Once those obligations are terminated, no further transfers to Plaintiff will remain to be stayed, and Dkt. 50 will be moot. Plaintiff respectfully requests resolution on the papers to avoid unnecessary additional proceedings.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order: (a) terminating Amazon's outstanding obligations to deduct or transfer funds to Plaintiff under Orders [17], [19], [27], [33] and [39]; (b) denying Amazon's motion to stay [Dkt. 50] as moot.

DATED: October 3, 2026

Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2026, I electronically filed the foregoing response and motion with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all registered counsel of record.

*/s/ Qin Zhuang*

Qin Zhuang