**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Hanmin Lin

Plaintiff,

v.

Case No.: 1:26−cv−07265
Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Charles P. Kocoras:Amazon.com's motion [50] to stay is granted. The Court's prior orders [17], [19], [27], and [33] directing Amazon.com to transfer funds are stayed until further order of Court. A joint status report is due on 11/4/2026 updating the Court as to the status of the proceedings in NextClimb Investments v. Sch A, No. 1:26−cv−05593 (N.D. Ill.), and proposed next steps in this case. A telephonic status hearing is set for 11/24/2026 at 10:00 a.m. For the telephonic status hearing, parties are to use the following link: https://us−courts.webex.com/meet/JudgeKocoras_Cour troom, or the following call−in number: 1−650−479−3207, access code 2307 261 5596. Use of the link is strongly encouraged. When using the link, Counsel must type in their name when joining the call. Throughout the call, each speaker will be expected to identify themselves for the record before speaking. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.