**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HANMIN LIN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-CV-07265<br><br>Honorable Charles P. Kocoras |

# JOINT STATUS REPORT

Plaintiff and Non-Party Amazon.com, Inc. ("Amazon") hereby submit this status report pursuant to the Court's October 14, 2026 Minute Entry, Dkt. No. 54. The parties report on the status of the proceedings in *NextClimb Investments v. Sch A*, No. 1:26-cv-05593 (N.D. Ill.), and proposed next steps in this case.

**AMAZON'S POSITION**:

As this Court is aware, Amazon filed a motion to stay enforcement of an order directing release of funds in *NextClimb Investments, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A,"* No. 26-cv-5593, before Judge Kennelly (the "NextClimb Litigation") after becoming aware of concerning patterns suggesting that certain Schedule A plaintiffs and defendants may be colluding to obtain transfer orders that release funds Amazon had already frozen for independent enforcement reasons unrelated to the claims asserted. [NextClimb Litigation, Dkt. No. 45]. The Court in the NextClimb Litigation held a status hearing on October

28, 2026, and the Court entered an Order granting Amazon's motion to stay pending an evidentiary hearing which will take place on December 9, 2026. [NextClimb Litigation, Dkt. No. 70].

Based on the similarities between the NextClimb Litigation and this case, on October 2, 2026, Amazon filed a Motion for Temporary Stay of Enforcement of Transfer Order ("Motion to Stay") in this case based on the same suspicions that gave rise to the motion to stay in the NextClimb Litigation. [Dkt. No. 50]. Given the volume of cases in which Amazon has uncovered similar issues (Amazon has filed over 30 Motions to Stay in other trademark infringement cases throughout the Northern District of Illinois) and the number of defendants in each case (some involving approximately 100 defendants), Amazon's investigation into the facts of the present case is ongoing.

Amazon understands that the Court may require additional details regarding the specific circumstances of the present case and is working diligently to gather those details. Although the facts of the present action may be different from the facts in the NextClimb Litigation, the issues and patterns are substantially similar. Accordingly, Amazon's position is that the evidentiary hearing scheduled in the NextClimb Litigation on December 9, 2026, should proceed before any hearing on Amazon's Motion to Stay in the present action, and that Amazon shall provide a status report to the Court regarding any ruling in the NextClimb Litigation after such evidentiary hearing, and regarding proposed next steps in the instant matter.

**PLAINTIFF'S POSITION**:

Plaintiff agrees with Amazon's proposed schedule.

Dated: November 4, 2026

Respectfully submitted,

*<u>/s/ Qin Zhuang</u>*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com

*Counsel for Plaintiff*

*<u>/s/ Matthew R. Barrett</u>*
**KILPATRICK TOWNSEND & STOCKTON LLP**
Thomas L. Holt
Jeremy Buxbaum
Matthew R. Barrett
320 S. Canal Street, Suite 4500
Chicago, IL 60606
Telephone: (312) 606-3204
Telephone: (312) 268-1705
Email: tholt@ktslaw.com
Email: jbuxbaum@ktslaw.com
Email: mbarrett@ktslaw.com

*Attorneys for Non-Party Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

By: */s/ Matthew R. Barrett*
Matthew R. Barrett